COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-18-00425-CV

Style:        Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Date motion filed*:        June 3, 2019

Type of motion:        Fourth Motion to Extend Time to File the Brief

Party filing motion:        Pro se appellant Hani Hafiz Ibrahim Qutiefan

Document to be filed:        Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:        January 28, 2019

    Number of extensions granted:        3        Current Due Date:  June 3, 2019

    Date Requested:        N/A (One year requested)

Ordered that motion is:

    ☒ Granted in part

        If document is to be filed, document due:  July 11, 2019.

        ☒ **No further extensions of time will be granted.**

    ☐ Denied in part

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

    This Court's April 30, 2019 Order granted, in part, the pro se appellant's third extension request to file his brief until June 3, 2019, because he had requested referral to the HBA Pro Bono Program, but warned appellant that no further extensions would be granted absent extraordinary circumstances.  Accordingly, appellant's fourth extension, requesting one full year to file his brief to find pro bono counsel because the Pro Bono Program notified him on May 14, 2019, that it was unable to place his case with a volunteer attorney, is **granted, in part, until July 11, 2019**, **but no further extensions of time will be granted**.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).  This Court will dismiss this appeal for want of prosecution if no brief is timely filed by **July 11, 2019**.__ *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Judge's signature: _/s/ Evelyn V. Keyes_____
                x  Acting individually        ☐  Acting for the Court

Date: __June 11, 2019_____

November 7, 2008 Revision